```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

KIMBERLY STINES,

              Plaintiff,

    - against -

JOSEPH BERNAL, ET AL.,

              Defendants.

21-cv-7884 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 14, 2021 is **canceled**.

The parties should submit a status report by December 21, 2021.

SO ORDERED.
Dated:    New York, New York
            December 7, 2021

                                           John G. Koeltl
                                   United States District Judge