```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KIMBERLY STINES,

           Plaintiff,

- against -

JOSEPH BERNAL, ET AL.,

           Defendants.

21-cv-7884 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a status report by April 4, 2022.

SO ORDERED.

Dated:    New York, New York
           March 18, 2022

                                        John G. Koeltl
                                United States District Judge