UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

KIMBERLY STINES,

                Plaintiff,

    - against -

JOSEPH BERNAL, ET AL.,

                Defendants.
───────────────────────────────

21-cv-7884 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should advise the Court, by July 7, 2022, whether the defendants other than Fordham University have been properly served and, if so, the deadline by which each defendant must respond to the Complaint in accordance with the Federal Rules of Civil Procedure. The conference scheduled for June 30, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           June 23, 2022

                                        _____
                                           John G. Koeltl
                                    United States District Judge