```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
KIMBERLY STINES,
                                              Case No.:
                                              1:21-cv-07884-JGK
                    Plaintiff,
                                              Rule 7.1 DISCLOSURE
    - against -                               STATEMENT

JOSEPH BERNAL, AMATEUR ATHLETIC
UNION OF THE UNITED STATES (a/k/a AAU USA),
FORDHAM UNIVERSITY, BERNAL'S GATOR
SWIM CLUB OF NEW ENGLAND, INC., BERNAL'S
GATOR SWIM CLUB, INC., and GATOR SWIM CLUB,
INC.,
                    Defendants.
----------------------------------------x
```

Defendant, AMATEUR ATHLETIC UNION OF THE UNITED STATES (a/k/a AAU USA) by its attorneys SILVERSON, PARERES & LOMBARDI, LLP, discloses the following, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

1. The AMATEUR ATHLETIC UNION OF THE UNITED STATES is a professional corporation whose principal place of business is located at One Commerce Plaza, 99 Washington Avenue, #805A, Albany NY 12210.

Dated: White Plains, New York
       June 29, 2022

                                    Yours, etc.

                                    **SILVERSON, PARERES & LOMBARDI, LLP**

                                    By: _____
                                        Joseph T. Pareres, Esq.
                                        Attorneys for Defendant
                                        AMATEUR ATHLETIC UNION OF
                                        THE UNITED STATES, INC.
                                        170 Hamilton Avenue, Ste 310
                                        White Plains, New York 10601
                                        Phone: 212-557-1818
                                        Email: jpareres@splllp.com