UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

KIMBERLY STINES,

                Plaintiff,

    - against -

JOSEPH BERNAL, ET AL.,

                Defendants.
───────────────────────────────────

21-cv-7884 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By Order dated June 23, 2022, the Court directed the plaintiff to advise the Court whether the defendants other than Fordham University have been properly served. ECF No. 31. The plaintiff's notice to the Court, ECF No. 34, makes no effort to explain whether the defendants other than Fordham University have been properly served. In order to be entitled to a clerk's certificate of default, the plaintiff must demonstrate that service was proper. By July 15, 2022, the plaintiff is directed to submit a letter explaining whether service by certified mail constitutes proper service under Federal Rule of Civil Procedure 4. The plaintiff should provide citations to the relevant legal authority.

SO ORDERED.

Dated:    New York, New York
           July 12, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge