UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLY STINES,

                Plaintiff,

      -against-

JOSEPH BERNAL, ET AL.,

                Defendants.
------------------------------------------------------------X

21 civ 7884 (JGK)

## ORDER

A pre-motion conference scheduled for Friday, July 22, 2022, at 2:00pm, is **adjourned to Friday, July 29, 2022, at 3:00pm.** All deadlines are stayed pending the conference. Dial-in: (888) 363-4749, with access code 8140049.

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 20, 2022