```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KIMBERLY STINES,

                Plaintiff,

- against -

JOSEPH BERNAL, ET AL.,

                Defendants.

21-cv-7884 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff should file an amended complaint by July 29, 2022. The plaintiff should assure personal service on Joseph Bernal and Bernal's Gator Swim Club of New England, Inc. and file proof of service on the docket by August 12, 2022. The defendants should move or answer by September 9, 2022. No pre-motion conference is necessary. If there is a motion, the plaintiff should respond by September 30, 2022. Any reply is due October 10, 2022. If there is no motion, then the parties should submit a Rule 26(f) report by September 30, 2022. Fordham University and the Amateur Athletic Union of the United States can answer the amended complaint and reassert any crossclaims. Discovery is stayed pending decision of any motion to dismiss.

**SO ORDERED.**

Dated:    New York, New York
            July 22, 2022

                                                  John G. Koeltl
                                      United States District Judge