UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY STINES,

                Plaintiff,

- against -

JOSEPH BERNAL, ET AL.,

                Defendants.

21-cv-7884 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Defendants Baystate Gator Swim Club, LLC and Bernal's Gator Swim Club of New England, Inc. should submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
            October 11, 2022

                                              _____
                                                 John G. Koeltl
                                           United States District Judge