```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KIMBERLY STINES,

                Plaintiff,

- against -

ALVARO SANCHEZ, ET AL.,

                Defendants.

21-cv-7884 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 14, 2023.

SO ORDERED.

Dated:    New York, New York
            May 30, 2023

                                      John G. Koeltl
                                United States District Judge