UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY STINES,

                Plaintiff,

        v.

ALVARO SANCHEZ, et al.,

                Defendants.

21-CV-7884 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

It is hereby **ORDERED** that the parties, through counsel, and non-party witness Michelle Sweeney will appear at a status conference on **Thursday, April 11, 2024, at 1:00 P.M. EST.** The conference will be telephonic.  The parties and Ms. Sweeney will appear by dialing (646) 453 – 4442 and entering the conference ID: 762 399 121, followed by the pound sign (#). Decision is reserved on Plaintiff's motion to seal or strike Defendant's letter at ECF No. 110.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Sweeney at the address to be provided by Chambers.  Chambers will also email a copy of this order to Ms. Sweeney.

SO ORDERED.

Dated: April 8, 2024
      New York, New York

                                          DALE E. HO
                              United States District Judge