UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

KIMBERLY STINES,
Plaintiff,

     -against-

ALVARO SANCHEZ, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOSEPH BERNAL, AMATEUR ATHLETIC
UNION OF THE UNITED STATES (a/k/a AAU
USA), FORDHAM UNIVERSITY, BERNAL'S
GATOR SWIM CLUB OF NEW ENGLAND, INC.,
BERNAL'S GATOR SWIM CLUB, INC., BAYSTATE GATOR
SWIMCLUB, LLC and
GATOR SWIM CLUB, INC.,
Defendants.

---------------------------------------------------------------------x

**MEMORANDUM ENDORSED**

Case No. 1:21-cv-07884-DEH

**UNOPPOSED MOTION TO CONVERT IN-PERSON SETTLEMENT CONFERENCE TO TELEPHONIC CONFERENCE**

Comes now Plaintiff Kim Stines, by counsel, and respectfully moves this court to convert the October 1, 2024 in-person settlement conference to a telephonic conference. In support of this Motion, Plaintiff states the following:

1. An in-person settlement conference in the above-captioned matter is currently scheduled for October 1, 2024 at 2:30 p.m.

2. All parties have conferred and have agreed that conducting the settlement conference telephonically or via Zoom would be more convenient and efficient, given the travel expenses all parties would have to incur to attend this settlement conference in person.

3. No party will be prejudiced by this conversion and this request is not intended

to create frustration, vexation or delay.

    4. Plaintiff's Counsel has conferred with counsel for all defendants and all parties are in full agreement with this request.

    WHEREFORE Plaintiff, by counsel, respectfully requests that this court converts the in-person settlement conference currently scheduled for October 1, 2024 to a telephonic or Zoom conference, and for all other just and proper relief in the premises.

Respectfully submitted,

*s/ Jonathan Little*
Jonathan Little, # 5499132
Annemarie Alonso
SAEED & LITTLE, LLP
#189 – 133 West Market Street
Indianapolis, IN 46204
(317) 721-9214
annie@sllawfirm.com
jon@sllawfirm.com

The request to hold the settlement conference via Zoom is granted. The session shall be arranged by the parties. The party arranging the session shall send the login information to the Court when the party makes its settlement submissions, using the same email address where submissions are sent. For purposes of conducting the breakout sessions, the party controlling the conference should be prepared to transfer control/hosting authority to the Court after the Zoom conference begins.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 11, 2024