UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KIMBERLY STINES,
Plaintiff,

   -against-                                                Case No. 21-cv-7884-DEH

ALVARO SANCHEZ, *et al.*               ~~PROPOSED~~ DEFAULT JUDGMENT
Defendants.

-------------------------------------------------------------------x

      This action was commenced pursuant to the New York Child Victims Act in the Supreme Court of the State of New York, County of Bronx, Index No. 70353/2021E and was removed to this Court on 8/21/21 based on diversity of citizenship pursuant to 28 USC § 1332. [DKT. 1]

      The Notice of Removal, Complaint and Summons were served via certified mail on April 22, 2022 to Bernal's Gator Swim Club, Inc., Bernal's Gator Swim Club of New England, Inc., and Baystate Gator Swim Club, LLC. These parties are collectively known in this litigation as the "Swim Club Defendants." An Amended Complaint was filed in this matter on 7/29/2022, and service was achieved via ECF.

      The Swim Club Defendants were represented by counsel and failed to raise a 12(b)(5) Motion to Dismiss. The Swim Club Defendants have also failed to respond to the Plaintiff's Motion for Summary Judgment [Dkt. 146]. The time for filing a Motion to Dismiss and a Response in Opposition to the Plaintiff's Motion for Summary Judgment have since expired.

      ORDERED, ADJUDGED AND DECREED: That the Plaintiff's **Motion for Default Judgment is GRANTED** against the Swim Club Defendants - Bernal's Gator Swim Club,

Inc., Bernal's Gator, Swim Club of New England, Inc., and Baystate Gator Swim Club, LLC. Default judgment shall be entered after the assigned Magistrate Judge determines the amount of damages in an inquest.

The Clerk of Court is respectfully directed to terminate ECF No. 153.

Dated: June 25, 2025

New York, New York

_____

Dale E. Ho

United States District Judge