UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STINES, <br><br> Plaintiff, <br><br> v. <br><br> SANCHEZ et al., <br><br> Defendants. | 21-CV-7884 (DEH) <br><br> MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

In this case, the Court granted Plaintiff's motion for default as to the Swim Club Defendants—Bernal's Gator Swim Club, Inc., Bernal's Gator Swim Club of New England, Inc., and Baystate Gator Swim Club, LLC—and issued a referral to Magistrate Judge Gorenstein for an inquest on damages. *See* ECF Nos. 167, 168. However, with respect to the sole remaining Defendant, Alvaro Sanchez, Plaintiff previously moved for *summary judgment*, which the Court granted. *See* ECF No. 151. Because entering default judgment against a particular defendant is only appropriate after the entry of default against that defendant, *see* Fed. R. Civ. P. 55, a damages inquest pursuant to default judgment is not available with respect to Defendant Sanchez in the case's current posture.

Therefore, it is hereby ORDERED that Plaintiff and Defendant Alvaro Sanchez appear for a conference on Wednesday, September 3, 2025, at 11:30 A.M. EST to discuss next steps in this litigation, such as a motion for default, a settlement conference on the issue of damages, a bench trial on damages based on stipulated facts, or a jury trial on damages. The conference shall be held on Microsoft Teams. The parties are instructed to meet-and-confer prior to the conference, and to join the conference by dialing +1 646-453-4442 and entering conference ID 366 104 468 followed by the pound (#) key.

It is further ORDERED that Plaintiff serve Defendant Alvaro Sanchez, via overnight courier, a copy of this Order within two business days of it being filed. Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: August 22, 2025
      New York, New York

                                              DALE E. HO
                                    United States District Judge