UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STINES,

                        Plaintiff,

            v.

SANCHEZ et al.,

                        Defendants.

21-CV-7884 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 10, 2025, Plaintiff Kimberly Stines filed a Motion for Default Judgment as to Defendant Alvaro Sanchez, in his capacity as Personal Representative to the Estate of Joseph Bernal.  ECF No. 174.  It is hereby ORDERED that any response from Mr. Sanchez shall be filed by September 25, 2025.  If Mr. Sanchez does not intend to oppose Ms. Stines's Motion, he should file a letter on ECF so stating.  If no response is filed by September 25, the Court will deem the motion unopposed and grant Ms. Stines's Motion for Default Judgment.

SO ORDERED.

Dated:  September 11, 2025
        New York, New York

_____
              DALE E. HO
        United States District Judge