UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STINES,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SANCHEZ et al.,<br><br>　　　　　　Defendants. | 21-CV-7884 (DEH)<br><br>MEMORNADUM ORDER |

DALE E. HO, United States District Judge:

　　On September 10, 2025, Plaintiff Kimberly Stines filed a Motion for Default Judgment as to Defendant Alvaro Sanchez, in his capacity as Personal Representative to the Estate of Joseph Bernal. ECF No. 174. On September 11, 2025, the Court issued an Order stating, *inter alia*, that any response from Mr. Sanchez was due by September 25, 2025, and if no such response was filed by that date, "the Court will deem the motion unopposed and grant Ms. Stines's Motion for Default Judgment." ECF No. 179. It is now September 26, 2025, and Mr. Sanchez has filed no response. Therefore, it is hereby ORDERED that Ms. Stines's Motion for Default Judgment, ECF No. 174, is **GRANTED** as to Defendant Sanchez. An inquest on damages to the assigned Magistrate Judge will issue separately.

　　The Clerk of Court is respectfully directed to terminate ECF No. 174.

SO ORDERED.

Dated: September 26, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge