UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stines,<br><br>                Plaintiff(s),<br><br>         v.<br><br>Sanchez et al.,<br><br>                Defendant(s). | 21-CV-7884 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On December 22, 2025, Magistrate Judge Gorenstein issued a Report and Recommendations with respect to damages in this matter. ECF No. 185. The deadline for objections was January 5, 2026. *Id.* No objections have been filed. Having reviewed the Report, the Court finds no error in it, clear or otherwise, and adopts it in full.

Plaintiff is ordered to file a proposed Order on Default Judgement consistent with the damages and interest discussed in Magistrate Judge Gorenstein's Report and Recommendation by **January 27, 2026**.

SO ORDERED.

Dated: January 23, 2026
      New York, New York

                                                                DALE E. HO
                                          United States District Judge