UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stines, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -   against   - | ) Case No. 1:21-cv-07884-DEH-GWG |
| | ) |
| Sanchez, et al., | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER ON DEFAULT JUDGMENT</u>

This Court enters final order on default Judgment against Alvaro Sanchez as representative of the Estate of Joseph "Joe" Bernal a/k/a Hugo Calderon, a Columbian and American Citizen, and Bernal's Gators Swim Club, Inc., a New York Corporation.

Judgment is entered as follows:

1. Joseph "Joe" Bernal a/k/a Hugo Calderon, in the amount of $8 million USD ($8,000,000.00).  From January 26, 2026 until the date of this order, the clerk shall add $1,972 per day in interest to the amount of the judgment, for a total judgment amount of $8,017,748.00.  Post Judgment Interest shall accrue compounded annually at the rate fixed by 28 U.S.C. § 1961 from the date of this judgment.

2. Bernal's Gators Swim Club, Inc., a New York Corporation, in the amount of $8 million USD ($8,000,000.00).  From January 26, 2026 until the date of this order, the clerk shall add $1,972 per day in interest to the amount of the judgment, for a total judgment amount of $8,017,748.00.  Post Judgment Interest shall accrue

compounded annually at the rate fixed by 28 U.S.C. § 1961 from the date of this judgment.

3.  All other remaining defendants are dismissed from this action.

4.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Date: February 3, 2026
New York, New York

Dale E. Ho
United States District Judge