UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Stines,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>Sanchez et al.,<br><br>                    Defendant(s). | 21-CV-7884 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

On February 3, 2026, this Court entered a final order on default judgment and respectfully directed the Clerk of Court to close the matter, ECF No. 189, however the case remains open. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 14, 2026
       New York, New York

_____
        DALE E. HO
        United States District Judge